```
                           FILED

                      07 DEC 19 PM 3:05

                    CLERK, U.S. DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA

                  BY:    cf           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3400 JAH |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| DAVID LOPEZ-MIRALES, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to <u>United States of America v. David Lopez-Mirales</u>, Criminal Case No. 07CR3254-JAH.

   DATED: December 19, 2007.

                                KAREN P. HEWITT
                                United States Attorney

                                /s/ David Leshner

                                DAVID D. LESHNER
                                Assistant U.S. Attorney