1 | KAREN P. HEWITT
United States Attorney
2 | LUELLA M. CALDITO
Assistant U.S. Attorney
3 | California State Bar No. 215953
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-7035 / Fax: (619) 235-2757
Email: Luella.Caldito@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            )    Criminal Case No. 07CR3400-JAH
                                        )
11 |                     Plaintiff,      )
                                        )    NOTICE OF APPEARANCE
12 |            v.                       )
                                        )
13 | DAVID LOPEZ-MIRALES,                )
                                        )
14 |                     Defendant.      )
                                        )

15 |

16 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17 |       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18 |       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 | 83.3.c.3-4.

20 |       The following government attorneys (who are admitted to practice in this court or authorized

21 | to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22 | counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23 | activity in this case:

24 |       Name (If none, enter "None" below)

25 |       None.

26 | //

27 | //

28 | //

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: December 27, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3400-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| DAVID LOPEZ-MIRALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1)    Timothy R. Garrison, Esq.
      Federal Defenders of San Diego
      225 Broadway, Suite 900
      San Diego, California 92101

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2007.

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant U.S. Attorney