1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Gonzalez-Sanchez

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    CASE NO. 07CR3400-JAH
                                     )
11          Plaintiff,               )
                                     )
12  v.                               )    **NOTICE OF APPEARANCE**
                                     )
13  MARTIN GONZLAEZ-SANCHEZ,         )
    Chgd as:  DAVID LOPEZ-MIRALES,   )
14                                   )
            Defendant.               )
15                                   )
                                     )
16  _____ )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19  the above-captioned case.

20                              Respectfully submitted,

21

22  Dated:  January 8, 2008         */s/ Timothy R. Garrison*_____
                                    Federal Defenders of San Diego, Inc.
23                                  Attorneys for Defendant
                                    Timothy_Garrison@fd.org
24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4       Courtesy Copy to Chambers

5       Copy to Assistant U.S. Attorney via ECF NEF

6       Copy to Defendant

7  Dated:  January 8, 2008                    /s/ Timothy R. Garrison
8                                          Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
9                                          San Diego, CA  92101-5030
                                           (619) 234-8467  (tel)
10                                         (619) 687-2666  (fax)
                                           Timothy_Garrison@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28