KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No 07CR3400-JAH |
| Plaintiff, ) | |
| ) | NOTICE OF NONCOMPLIANCE |
| v. ) | |
| ) | |
| DAVID LOPEZ-MIRALES, ) | |
| Defendant. ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and hereby files this Notice of Noncompliance regarding the filing of the Government's Motion for Fingerprint Exemplars and Reciprocal Discovery. The Government was unable to file its motions via the Case Management/Electronic Case File (CM/ECF) system because the United States Attorney's Office has been experiencing technical difficulties with its computer system and internet connection. Thus, a hard copy of the Government's above-referenced motions will be filed with the Clerk's Office, located at 880 Front Street, 4th Floor, San Diego, California, 92101.

DATED: January 8, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

LUELLA M. CALDITO
Assistant U.S. Attorney