1  **TIMOTHY R. GARRISON**
   California Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
4  timothy_garrison@fd.org

5  Attorneys for MARTIN GONZALEZ-SANCHEZ

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | Criminal No. 07CR3400-JAH |
| 13           Plaintiff, | Date: January 22, 2007<br>Time: 8:30 a.m. |
| 15  v. | NOTICE OF MOTIONS AND MOTIONS TO:<br>1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; |
| 16  MARTIN GONZALEZ-SANCHEZ, | 2) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND |
| 18           Defendant. | 3) GRANT LEAVE TO FILE FURTHER MOTIONS |

20  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         LUELA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

22       **PLEASE TAKE NOTICE** that on January 22, 2007, at 8:30 a.m., or as soon thereafter as

23  counsel may be heard, the accused, MARTIN GONZALEZ-SANCHEZ, by and through his attorneys,

24  Timothy R. Garrison, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting

25  the motions listed below.

26  //

27  //

28  //

                                                                              07CR3400-JAH

**MOTIONS**

MARTIN GONZALEZ-SANCHEZ, the accused in this case, by and through his attorneys, Timothy R. Garrison, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court for an order:

    1) to compel discovery and preserve evidence;

    2) dismiss the indictment due to misinstruction of the grand jury; and

    3) to grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: January 22, 2008

/s/ *Timothy R. Garrison*
**TIMOTHY R. GARRISON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rodriguez-Lopez
timothy_garrison@fd.org