1 | **JENNIFER L. COON**
California State Bar No. 203913
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: jennifer_coon@fd.org

5 | Attorneys for Mr. Gonzalez-Sanchez

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,              )        CASE NO. 07CR3400-JAH
                                          )
12 |              Plaintiff,               )        DATE:        April 7, 2008
                                          )        TIME:        8:30 a.m.
13 | v.                                    )
                                          )        NOTICE OF MOTIONS AND MOTIONS TO:
14 | **MARTIN GONZALEZ-SANCHEZ,**          )
                                          )        1)    DISMISS THE INDICTMENT DUE TO
15 |              Defendant.               )              FAILURE TO ALLEGE ESSENTIAL
                                          )              ELEMENTS OF THE OFFENSE;
16 |                                       )        2)    DISMISS THE INDICTMENT BECAUSE
                                          )              THE   CHARGING   STATUTE   IS
17 |                                       )              UNCONSTITUTIONAL;
                                          )        3)    SUPPRESS STATEMENTS; AND
18 |                                       )        4)    GRANT LEAVE TO FILE FURTHER
                                          )              MOTIONS
19 | _____     )

20 |

21 | TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:
22 |

23 |        PLEASE TAKE NOTICE that, on April 7, 2008, at 8:30 a.m., or as soon thereafter as counsel may

24 | be heard, defendant Martin Gonzalez-Sanchez, by and through his attorneys, Jennifer L. Coon and

25 | Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

26 | //

27 | //

28 | //

**MOTIONS**

1

2        Defendant Martin Gonzalez-Sanchez, by and through his attorneys, Jennifer L. Coon and

3   Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the

4   Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order

5   to:

6        (1)    Dismiss the Indictment Due to Failure to Allege Essential Elements of the Offense;

7        (2)    Dismiss the Indictment Because the Charging Statute is Unconstitutional;

8        (3)    Suppress Statements; and

9        (4)    Grant Leave to File Further Motions.

10       These motions are based upon the instant motions and notice of motions, the attached statement of

11  facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any

12  and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

13                                                  Respectfully submitted,

14

15  DATED:      March 24, 2008                       */s/ Jennifer L. Coon*
                                                    **JENNIFER L. COON**
16                                                  Federal Defenders of San Diego, Inc.
                                                    Attorneys for Mr. Gonzalez-Sanchez
17

18

19

20

21

22

23

24

25

26

27

28