| | |
|---|---|
| 1 | **JENNIFER L. COON** |
| | California State Bar No. 203913 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, CA 92101-5008 |
| | (619) 234-8467/Fax: (619) 687-2666 |
| 4 | E-Mail: jennifer_coon@fd.org |
| 5 | Attorneys for Mr. Gonzalez-Sanchez |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3400-JAH |
| Plaintiff, | ) | DATE: May 19, 2008 |
| | ) | TIME: 11 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| **MARTIN GONZALEZ-SANCHEZ,** | ) | |
| Defendant. | ) | (1) COMPEL THE GOVERNMENT TO PROVE THE VALIDITY OF THE DEPORTATION TO THE JURY; |
| | ) | (2) EXCLUDE EVIDENCE NOT PRODUCED IN DISCOVERY; |
| | ) | (3) REDACT A-FILE DOCUMENTS; |
| | ) | (4) PRECLUDE TESTIMONY FROM GOVERNMENT WITNESSES REFERRING TO MR. GONZALEZ-SANCHEZ AS AN "ALIEN;" |
| | ) | (5) REQUIRE INSPECTION OR PRODUCTION OF CERTIFIED DOCUMENTS; |
| | ) | (6) PRECLUDE INTRODUCTION OF "MUG SHOTS" OF MR. GONZALEZ-SANCHEZ; |
| | ) | (7) PRECLUDE THE CERTIFICATE OF NONEXISTENCE OF RECORD AS INADMISSIBLE ; |
| | ) | (8) PRECLUDE EVIDENCE UNDER FEDERAL RULES OF EVIDENCE 404(B) AND 609; |
| | ) | (9) ALLOW ATTORNEY-CONDUCTED VOIR-DIRE; |
| | ) | (10) ORDER PRODUCTION OF GRAND JURY TRANSCRIPTS; |
| | ) | (11) EXCLUDE A-FILE DOCUMENTS; |
| | ) | (12) PRECLUDE ADMISSION OF AUDIO TAPE OR TRANSCRIPT OF DEPORTATION; |
| | ) | (13) PRECLUDE EVIDENCE OF |

| | |
|---|---|
| | )     REINSTATEMENT OF DEPORTATION;<br>) (14) EXCLUDE THE GOVERNMENT'S CASE AGENT;<br>) (15) PROVIDE A SEPARATE COPY OF THE JURY INSTRUCTIONS TO EACH JUROR;<br>) (16) PRECLUDE INDICTMENT FROM THE JURY ROOM;<br>) (17) PRECLUDE EXPERT TESTIMONY;<br>) (18) PRECLUDE REFERENCE TO 9/11 AND/OR THE "WAR AGAINST TERRORISM"; AND<br>) (19) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that, on May 19, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, defendant Martin Gonzalez-Sanchez, by and through his attorneys, Jennifer L. Coon and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

Mr. Gonzalez-Sanchez, by and through counsel, Jennifer L. Coon and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules, hereby moves this court for an order to:

(1) Compel the Government to Prove The Validity of the Deportation to the Jury;
(2) Exclude Evidence Not Produced in Discovery;
(3) Redact A-file Documents;
(4) Preclude Testimony from Government Witnesses Referring to Mr. Gonzalez-Sanchez as the "Alien"
(5) Require Inspection or Production of Certified Documents;
(6) Preclude Introduction of "Mug Shots" of Mr. Gonzalez-Sanchez;
(7) Preclude the Certificate of Nonexistence of Record as Inadmissible;
(8) Preclude Evidence under Federal Rules of Evidence 404(b) and 609;
(9) Allow Attorney-conducted Voir-dire
(10) Order Production of Grand Jury Transcripts
(11) Exclude A-file Documents;
(12) Preclude Admission of Audiotape or Transcript of Deportation;
(13) Preclude Evidence of Reinstatement of Deportation;
(14) Exclude the Government's Case Agent;
(15) Provide a Separate Copy of the Jury Instructions to Each Juror;
(16) Preclude Indictment from the Jury Room;
(17) Preclude Expert Testimony;

(18) Preclude Reference to 9/11 and/or the "War Against Terrorism" and
(19) Grant Leave to File Further Motions.

These motions *in limine* are based upon the instant motion and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED:    May 5, 2008               /s/ Jennifer L. Coon
                                    **JENNIFER L. COON**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Gonzalez-Sanchez