UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07cr3400 JAH |
| Plaintiff, ) | **ORDER RESCHEDULING SENTENCING DATE** |
| v. ) | |
| MARTIN GONZALEZ-SANCHEZ, ) aka: David Lopez-Mirales ) | |
| Defendant. ) | |

On the Court's own motion **IT IS HEREBY ORDERED** that the sentencing hearing now scheduled for September 8, 2008 at 10:30 a.m. is **VACATED** and **RESET** to <u>September 12, 2008</u> at 10:30 a.m. in Courtroom 11.

DATED: August 25, 2008

JOHN A. HOUSTON
United States District Judge